UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                        Case No. 10-20203

Lawrence D. Thomas,                       Honorable Sean F. Cox

    Defendant.

_____/

## **ORDER STRIKING DOCKET ENTRY NO. 29**

The Court received a letter from Defendant Lawrence Thomas, ("Defendant") on June 22, 2010, which the Court construed as a *pro se* motion (Doc. No. 29).

Because Defendant is currently represented by counsel, David Koelzer, Defendant is attempting to proceed in a "hybrid" fashion–-both through his counsel and *pro se* by way of his motion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, 422 U.S. 806 (1975), the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). This Court will not allow Defendant to proceed in a hybrid manner in this action will therefore strike Defendant's *pro se* submission, Docket Entry No.29.

Accordingly, IT IS ORDERED that Docket Entry No. 29 is hereby STRICKEN.

IT IS SO ORDERED.

                S/Sean F. Cox
                Sean F. Cox
                United States District Judge

Dated: July 1, 2010

I hereby certify that on July 1, 2010, a copy of the foregoing document was served upon counsel of record by electronic means and upon Lawrence Thomas via First Class Mail at:


Lawrence D. Thomas # 43594-039
Sanilac County Jail
65 N. Elk
Sandusky, MI 48471

                S/J. Hernandez
                Case Manager